UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Roberto Jimenez-Heyer

    v.                                                                            Case No. 24-cv-169-JL-TSM

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated December 3, 2024. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                          _____
                                                          Joseph N. Laplante
                                                          United States District Judge

Date: January 10, 2025

cc: Roberto Jiminez-Heyer, pro se
    Counsel of Record